E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-4750 GHK (RZx) | Date | **December 14, 2011** |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA vs. APPROXIMATELY 50,271 PIECES OF LADIES KNITTED T-SHIRES AND PULLOVERS, et al | | |

| **Presiding: The Honorable** | GEORGE H. KING, U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

**Proceedings:** ( IN CHAMBERS) ORDER

     The court notes that default has been entered on October 26, 2011, as to **all** defendants and potential claimants in the above-entitled action. Plaintiff is *ordered* to filed within **FOURTEEN (14) DAYS** hereof, a duly noticed motion for default judgment, with evidentiary documentation in support of and notice it for hearing in accordance with the Local Rules. Failure of the plaintiff to file such motion as required herein, shall be deemed plaintiff's abandonment of the above action. In that event, defaults will be STRICKEN and the case will be dismissed for plaintiff's failure to diligently prosecute and for failure to comply with the Court's order.

**IT IS SO ORDERED**

| | -- | : | -- |
|---|---|---|---|
| | Initials of Preparer | | Bea |